IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BETA MACHINE & FABRICATION LLC,<br>*Debtor* | No. 23-02570-HWV |
| KINSLEY EQUITIES II LIMITED PARTNERSHIP,<br>*Movant*<br>v.<br>BETA MACHINE & FABRICATION LLC,<br>*Respondent* | MOTION FOR RELIEF |

## MOTION OF KINSLEY EQUITIES II LIMITED PARTNERSHIP FOR RELIEF FROM THE AUTOMATIC STAY OF SECTION 362 OF THE BANKRUPTCY CODE

Movant, Kinsley Equities II Limited Partnership ("Kinsley"), by and through its counsel, Barley Snyder LLP, hereby moves this Honorable Court for relief from the automatic stay of Section 362 of the United States Bankruptcy Code, and for entry of an Order authorizing Kinsley to exercise its rights and remedies under state law with regard to the Premises described below, and in support thereof avers as follows:

1.      Kinsley is a Pennsylvania limited partnership with a principal place of business located at 6259 Reynolds Mill Road, Seven Valleys, PA 17360.

2.      Kinsley is the owner of the real estate known as 3735 Board Road, York, PA 17406 (the "Premises").

11191131.1

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

4. This matter is a core proceeding within the meaning of 28 U.S.C. § 157.

5. This Court is the proper venue for this proceeding pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The statutory predicate for the relief requested herein is 11 U.S.C. §§ 362, and Fed. R. Bankr. P. 4001(a).

7. In November 2022, Mulkerin Holdings, LLC leased the Premises from Kinsley pursuant to a certain Lease Agreement (the "Lease").

8. The Lease between Mulkerin Holdings, LLC and Kinsley is not assignable by Mulkerin Holdings, LLC without the written consent of Kinsley.

9. Kinsley has not consented to the assignment of the Lease by Mulkerin Holdings, LLC to any other entity.

10. Upon information and belief, Debtor has possession of the Premises and continues to maintain possession of the Premises without paying any rent to Kinsley therefor.

11. No rent has been paid to Kinsley by Mulkerin Holdings, LLC for the Premises since January 2023.

12. Kinsley obtained a judgment for possession of the Premises against Mulkerin Holdings, LLC in the York County Court of Common Pleas, Pennsylvania and an eviction was scheduled to occur on November 13, 2023.

13. On November 9, 2023, both Mulkerin Holdings, LLC and the Debtor filed voluntary petitions (each, a "Petition") under Chapter 11 of the United States Bankruptcy Code.

11191131.1

14. The Debtor's Petition is defective because it was not signed by an attorney, it was filed *pro se*, and the Debtor failed to pay the Chapter 11 filing fee and/or submit the required Schedules, Statements or Forms.

15. Kinsley believes, and therefore avers, that both Petitions were filed in bad faith, and with the express purposes of thwarting Kinsley's attempt to regain possession of the Premises.

16. As of the date hereof, the Debtor remains in possession of the Premises.

17. While the Debtor remains in the Premises, Kinsley is being deprived of the use of the Premises and the ability to otherwise exercise its rights as owner thereof.

18. As a result of Debtor's continued unauthorized occupation of the Premises, the Debtor will not be able to provide Movant with adequate protection, and sufficient cause exists for granting of the relief sought herein.

19. Movant requests that if relief is granted that Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived.

20. The Movant will suffer irreparable harm, loss, injury and damage if Movant is not granted the relief requested in this Motion.

21. Accordingly, the Automatic Stay of 11 U.S.C. Section 362 should be modified and vacated so as to permit the Movant to immediately exercise its rights and remedies with respect to the Premises.

WHEREFORE, Movant, Kinsley Equities II Limited Partnership, respectfully requests that this Court enter an Order, substantially in the form of the attached Proposed Order, lifting

11191131.1

the Automatic Stay imposed by Section 362 of the Bankruptcy Code and allowing the Movant to immediately exercise its rights and remedies with respect to the Premises being located at **3735 Board Road, York, York County, Pennsylvania,** under state law, including, gaining possession of the Premises without application of Rule 4001(a)(3), and granting such other and further relief as the Court deems just.

Respectfully submitted,

BARLEY SNYDER LLP

Date: November 21, 2023          By:    /s/ Eden R. Bucher
                                        Eden R. Bucher, Esquire
                                        Attorney I.D. No. 66626
                                        2755 Century Boulevard
                                        Wyomissing, PA 19610
                                        (610) 372-3500

11191131.1