IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BETA MACHINE & FABRICATION LLC,<br><br>*Debtor* | No. 23-02570-HWV |
| KINSLEY EQUITIES II LIMITED PARTNERSHIP,<br><br>*Movant*<br>v.<br><br>BETA MACHINE & FABRICATION LLC,<br><br>*Respondent* | MOTION FOR RELIEF |

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

I, Eden R. Bucher, Esquire, hereby certify that the Debtor was contacted by e-mail and

has not responded to our request for concurrence relating to the relief requested in Kinsley

Equities II Limited Partnership's Motion for Relief from the Automatic Stay Pursuant to Section

362 of the United States Bankruptcy Code. Also, Joseph Schalk, representing the United States

Trustee, was not contacted since the Debtor did not respond.

BARLEY SNYDER

By: */s/ Eden R. Bucher*
Eden R. Bucher, Esquire
Court I.D. No. 66626
Attorneys for Movant

11191847.1